# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL L. JOHNSON, III,<br><br>　　　　Petitioner,<br><br>　v.<br><br>B. CATES, Warden,<br><br>　　　　Respondent. | Case No. 2:22-cv-04455-RGK-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATE MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is dismissed without prejudice.

DATED: 1/13/2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE