JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL L. JOHNSON, III,<br><br>        Petitioner,<br><br>  v.<br><br>B. CATES, Warden,<br><br>        Respondent. | Case No. 2:22-cv-04455-RGK-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 1/13/2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE